IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Webb,   Case No. 3:15CV59

    Plaintiff

    v.   **ORDER**

Commissioner of Social Security,

    Defendant

This is a Social Security case in which the plaintiff, James Webb, appeals from the Commissioner's denial of his application for benefits.

An administrative law judge found that, though Webb suffers from multiple severe impairments, he nevertheless has the residual functional capacity to perform light work. 20 C.F.R. §§ 404.1567(b) and 416.967(b).

Pending is Magistrate Judge McHargh's Report and Recommendation, which recommends I affirm that decision. (Doc. 19).

Webb has not filed an objection to the R&R and has thus waived his right to a "de novo determination by the district court of an issue covered in the report." *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio) (Lioi, J.); *see also Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (same).

It is, therefore,

ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 19) be, and the same hereby is, adopted as the order of the court; and

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

/s/ James G. Carr<br>Sr. U.S. District Judge